IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MASON HYDE WHITE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | No. 3:24-CV-3153-D |
| | § | |
| EXETER FINANCE LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The United States Magistrate Judge made proposed findings, conclusions, and a recommendation in this case. Plaintiff filed objections. The undersigned district judge conducted *de novo* review of the proposed findings, conclusions, and recommendation and plaintiff's objections. Following *de novo* review, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

April 22, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE